**MEMO ENDORSED**

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**January 29, 2020**

**Via ECF**

Hon. Kenneth M. Karas, USDJ
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601
Tel: (914) 390-4145

> Re: **Ayala Gonzalez v. ER Painting Inc. et al**
> Case No. 19-CV-01777 (KMK)
> Motion for Extension of Time

Dear Judge Karas:

My firm represents plaintiff Boniec Ayala-Gonzalez ("Plaintiff") in the above-referenced action, and I respectfully write to request a brief one-week extension of the January 22, 2020 deadline for the parties to submit their motion for settlement approval. This request is being made because the additional time is needed to arrange for the remaining parties to sign the settlement agreement – Plaintiff has signed the agreement since the last extension request. One prior request for an extension of this deadline was made and granted.

We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

*Granted.*
*So Ordered.*
*KMK*
*1/30/20*

1